QUIN DENVIR, Bar #49374
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700          **OK/HAV**

Attorney for Defendant
GARY DEWAYNE MCWHORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-04-372-DFL |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| GARY DEWAYNE MCWHORTER, ) | Date: June 9, 2005 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Hon. David F. Levi |
| _____ ) | |

Gary Dewayne McWhorter, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, and the United States government, by and through its counsel, Kymberly Smith, Assistant U.S. Attorney, hereby stipulate and agree to vacate the status conference of June 2, 2005 and continue the matter for status conference on June 9, 2005 at 10:00 a.m.

This continuance is requested to because defense counsel will be out of the district.

IT IS FURTHER STIPULATED that the period from the date of the signing of this order to June 9, 2005 be excluded in computing the time

1  within which trial must commence under the Speedy Trial Act, pursuant
2  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity and
3  preparation of counsel.
4  Dated: May 31, 2005

                                       Respectfully submitted,

                                       QUIN DENVIR
                                       Federal Defender

                                       /s/ Matthew C. Bockmon
                                       _____
                                       MATTHEW C. BOCKMON
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       GARY DEWAYNE MCWHORTER

Dated: May 31, 2005

                                       MCGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ Matthew C. Bockmon for
                                       _____
                                       KYMBERLY SMITH
                                       Assistant U.S. Attorney


**O R D E R**

IT IS SO ORDERED.

Dated: May 31, 2005

                                       /s/ David F. Levi
                                       DAVID F. LEVI
                                       U.S. District Court Judge