QUIN DENVIR, Bar #49374
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GARY DEWAYNE MCWHORTER                              **OK/HAV**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-04-372-DFL |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| GARY DEWAYNE MCWHORTER, ) | Date:  July 7, 2005 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Hon. David F. Levi |
| ) | |
| _____ ) | |

    Gary Dewayne McWhorter, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, and the United States government, by and through its counsel, Kymberly Smith, Assistant U.S. Attorney, hereby stipulate and agree to vacate the status conference of June 9, 2005 and continue the matter for status conference on July 7, 2005 at 10:00 a.m.

    This continuance is requested to allow defense counsel additional time to prepare, to review discovery, to conduct further investigation, and to obtain any outstanding discovery.

    IT IS FURTHER STIPULATED that the period from the date of the

1  signing of this order to July 7, 2005 be excluded in computing the time
2  within which trial must commence under the Speedy Trial Act, pursuant
3  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity and
4  preparation of counsel.
5  Dated: June 9, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
GARY DEWAYNE MCWHORTER

Dated: June 9, 2005

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
KYMBERLY SMITH
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: 6/9/2005

_____
DAVID F. LEVI
United States District Judge

Stipulation & Order/McWhorter                3