**FILED**

**JUL - 7 2005**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

ROOSEVELT O'NEAL  SB87561
Attorney At Law
1007 Seventh Street, Suite 312
Sacramento, CA 95814
(916) 930-9300

Attorney for Defendant
GARY DEWAYNE MCWHORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | NO. CR-S-04-372-DPL |
|---|---|
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| v. | |
| GARY DEWAYNE MCWHORTER, | Date: ~~June 2~~, July 7, 2005 |
| | Time: ~~10:00 a.m.~~ 1:30 P.M. |
| Defendant. | Judge: Hon. David F. Levi |

Gary Dewayne Mcwhorter, hereby substitutes ROOSEVELT O'NEAL, as his attorney

of record in the above entitled matter, thereby relieving MATTHEW C. BOCKMON,

Assistant Federal Defender, as his attorney of record in the above entitled matter.

Dated: ~~June 2~~, July 5, 2005  G.M

_____
GARY DEWAYNE MCWHORTER

Dated: ~~June 2~~ 7/5/05

_____
MATTHEW C. BOCKMAN
Assistant Federal Defender

1

Dated: July 5 ~~June 2~~, 2005

ROOSEVELT O'NEAL

**ORDER**

IT IS SO ORDERED.

Dated: July 7 ~~June~~___, 2005

DAVID F. LEVI
U.S. District Court Judge

2