IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Respondent, | | No. CR S-04-0372 DFL DAD P |
| vs. | | |
| GARY DEWAYNE McWHORTER, | | |
| Movant. | | ORDER |

Respondent has requested an extension of time to file and serve an answer pursuant to the court's order of January 23, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's February 6, 2007 motion for an extension of time is granted; and

2. Respondent is granted thirty days from the date of this order in which to file and serve an answer.

DATED: February 13, 2007.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
mcwh0372.236