IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                 No. CR S-04-0372 DFL DAD P

    vs.

GARY DEWAYNE McWHORTER,

    Movant.                   <u>ORDER</u>

_____/

        On April 26, 2007, movant requested an extension of time to file objections to respondent's opposition to movant's § 2255 motion. However, on that same date movant filed his objections, which the court construes as his reply to the government's response filed March 15, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Movant's April 26, 2007 motion for an extension of time is granted; and

        2. Movant's April 26, 2007 objections to respondent's opposition, which the court construes as movant's reply, are deemed timely filed.

DATED: May 3, 2007.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
mcwh0372.236(2)