BENJAMIN B. WAGNER
United States Attorney
PAUL A. Hemesath
Assistant U.S. Attorneys
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  Cr. S 04-372 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | HEARING RE: DEFENDANT'S MOTION FOR |
| v. ) | REDUCTION OF SENTENCE |
| ) | |
| GARY DEWAYNE McWHORTER, ) | Date: Tuesday, April 20, 2010 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: Hon. JOHN A. MENDEZ |
| _____ ) | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Paul Hemesath, Assistant United States Attorney; and defendant Gary Dewayne McWhorter, through his counsel, David Porter, Esq., hereby stipulate and agree that the hearing regarding defendant's motion to reduce sentence, set for April 20, 2010, at 9:30 a.m. should be continued as set forth in this stipulation.

On October 20, 2009, this Court continued the hearing regarding defendant's motion to April 20, 2010, because the Ninth Circuit Court of Appeals was then considering an issue that would be dispositive to the defendant's motion. United States v. Fox, No. 08-30445 (9th Cir.).

1

On December 14, 2009, the Ninth Circuit stayed further proceedings in the Fox case pending the Supreme Court's decision in Dillon v. United States, No. 09-6338.

On March 30, 2010, the Supreme Court heard oral argument in the Dillon matter. The Supreme Court specifically considered the question at issue before this Court: Whether, in a sentence-reduction proceeding under 18 U.S.C. 3582(c)(2), the district court has authority to reduce a sentence of imprisonment in a manner inconsistent with the Commission's policy statement by relying on United States v. Booker, 543 U.S. 220 (2005). The Supreme Court will decide the Dillon case before its 2010 summer recess.

The parties agree that they shall, within seven days of the Supreme Court's decision in Dillon: (1) notify the Court of the Supreme Court's holding, and (2) either recommend a schedule for the filing of supplemental briefs or propose a hearing date on a subsequent calendar.

                                             Respectfully submitted,

                                             BENJAMIN B. WAGNER
                                             United States Attorney

DATED: April 13, 2010         By: /s/ Paul A. Hemesath
                                               PAUL A. HEMESATH
                                             Assistant U.S. Attorney

DATED: April 13, 2010         By: /s/ David Porter
                                             DAVID PORTER    for defendant
                                             GARY DEWAYNE McWHORTER

///
///
///

**ORDER**

For the reasons set forth above, it is hereby ordered that the hearing set for April 20, 2010, be continued to a time and date to be determined. The parties shall, within seven days of the Supreme Court's decision in <u>Dillon v. United States</u>, No. 09-6338: (1) notify the Court of the Supreme Court's holding, and (2) either recommend a schedule for the filing of supplemental briefs or propose a hearing date on a subsequent calendar.

DATED: April 14, 2010

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE