1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  GARY DEWAYNE McWHORTER

7

8                 IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  No. Cr. S 04-372 JAM
                                     )
12            Plaintiff,             )  **ORDER REDUCING SENTENCE PURSUANT**
                                     )  **TO 18 U.S.C. § 3582(c)(2)**
13       v.                          )
                                     )  **RETROACTIVE CRACK COCAINE**
14  GARY DEWAYNE McWHORTER,          )  **REDUCTION CASE**
                                     )
15            Defendant.             )
                                     )
16  _____ )

17       Defendant, GARY DEWAYNE McWHORTER, by and through his attorney,

18  Assistant Federal Defender David M. Porter, and plaintiff, UNITED

19  STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney

20  Paul A. Hemesath, hereby stipulate as follows:

21       1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the

22  term of imprisonment in the case of a defendant who has been sentenced

23  to a term of imprisonment based on a sentencing range that has

24  subsequently been lowered by the Sentencing Commission pursuant to 28

25  U.S.C. § 994(o);

26       2.   The sentencing range applicable to Mr. McWhorter was

27  subsequently lowered by the United States Sentencing Commission in

28  Amendment 706 by two levels;

1    3.    Accordingly, Mr. McWhorter's adjusted offense level has been

2  reduced from 33 to 31, and a sentence at the low end of the new

3  guideline range would be 188 months;

4    4.    Mr. McWhorter merits a reduction in his sentence based on the

5  factors listed in 18 U.S.C. § 3553(a), as well as considerations of

6  public safety and Mr. McWhorter's positive post-sentencing conduct;

7    5.    Accordingly, the parties request the court to enter the order

8  lodged herewith reducing Mr. McWhorter's term of imprisonment to 188

9  months.

10  Dated:  August 4, 2010

11  Respectfully submitted,

12  BENJAMIN B. WAGNER                DANIEL J. BRODERICK
    United States Attorney            Federal Defender

13

14

    __/s/ *Paul A. Hemesath*__        __/s/ *David M. Porter*__
15  PAUL A. HEMESATH                  DAVID M. PORTER
    Assistant U.S. Attorney           Assistant Federal Defender

16
    Attorney for Plaintiff            Attorney for Movant
17  UNITED STATES OF AMERICA          GARY DEWAYNE McWHORTER

18                              **ORDER**

19    This matter came before the Court on the stipulated motion of the

20  defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

21    The parties agree, and the Court finds, that Mr. McWhorter is

22  entitled to the benefit of the retroactive amendment reducing crack

23  cocaine penalties, which reduces the applicable offense level from 33

24  to 31.

25    IT IS HEREBY ORDERED that the term of imprisonment originally

26  imposed is reduced to 188 months;

27    IT IS FURTHER ORDERED that all other terms and provisions of the

28  original judgment remain in effect.

STIPULATED MOTION and ORDER REDUCING SENTENCE

1    Unless otherwise ordered, Mr. McWhorter shall report to the United

2  States Probation office closest to the release destination within

3  seventy-two hours after his release.

4  Dated:  August 5, 2010

5

6                                          /s/ John A. Mendez
                                           HONORABLE JOHN A. MENDEZ
7                                          United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION and ORDER REDUCING SENTENCE
                                    -3-