# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

|  |  |
|---|---|
| United States of America ) | |
| v. ) | |
| GARY DEWAYNE MCWHORTER ) | Case No: 04CR00372 01 |
| ) | USM No: 15366-097 |
| Date of Previous Judgment: 01/26/2006 ) | DAVID M. PORTER, AFD |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❒  the Director of the Bureau of Prisons  ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 ❒ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __235__ months **is reduced to** __188 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: __33__      Amended Offense Level: __31__
Criminal History Category: __VI__     Criminal History Category: __VI__
Previous Guideline Range: __235__ to __293__ months     Amended Guideline Range: __188__ to __235__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
❒  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __1/26/2006__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __August 5, 2010__         /s/ John A. Mendez
                                                                             Judge's signature

Effective Date: _____         JOHN A. MENDEZ
 (if different from order date)          Printed name and title