IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                  No. CR S-04-0372 JAM DAD P

     vs.

GARY DEWAYNE McWHORTER,

      Movant.                   <u>ORDER</u>

/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On July 15, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed on July 15, 2010 (Doc. No. 61) are adopted in full;

2. Movant's January 18, 2007 motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 37) is denied;

3. The Clerk of the Court is directed to close the companion civil case, No. CIV S-07-0092 JAM DAD; and

4. For the reasons set forth in the July 15, 2010 findings and recommendations, movant has not made a substantial showing of the denial of a constitutional right.  Accordingly, a certificate of appealability should not issue in this action.

DATED:   August 19, 2010

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE