1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. Hemesath
   Assistant U.S. Attorney
3  501 I Street, Ste 10-100
   Sacramento, CA 95814
4  Telephone (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  Cr. S 04-372 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING RE: DEFENDANT'S MOTION FOR |
| v. | REDUCTION OF SENTENCE |
| GARY DEWAYNE McWHORTER, | Date: Tuesday, January 3, 2012 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. JOHN A. MENDEZ |

    The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Paul Hemesath, Assistant United States Attorney; and defendant Gary Dewayne McWhorter, through his counsel, David Porter, Esq., hereby stipulate and agree that the hearing regarding defendant's motion to reduce sentence, set for January 3, 2012, at 9:30 a.m. should be continued to January 31, 2012, at 9:30 a.m.

    The parties are stipulating to continue the hearing to accommodate the schedules of counsel and to conduct further research that may assist the Court in properly deciding the case.

///
///

1

```
                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATED: December 30, 2011           By: /s/ Paul A. Hemesath
                                        PAUL A. HEMESATH
                                        Assistant U.S. Attorney


DATED: December 30, 2011           By: /s/ David Porter
                                        DAVID PORTER  for defendant
                                        GARY DEWAYNE McWHORTER
```

**ORDER**

For the reasons set forth above, it is hereby ordered that the hearing set for January 3, 2012, be continued to 9:30 a.m., on January 31, 2012.

DATED: 1/3/2012

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE