AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| GARY DEWAYNE MCWHORTER | ) |

Case No:  2:04CR00372 -01

USM No:  15366-097

Date of Original Judgment:  1/26/2006
Date of Previous Amended Judgment:  8/5/2010
*(Use Date of Last Amended Judgment if Any)*

DAVID M. PORTER, AFD
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   X  the defendant   ❒  the Director of the Bureau of Prisons   ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ 188 _____ months **is reduced to** _____ 151 months _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ 1/26/2006 _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____ 1/31/2012 _____          /s/ John A. Mendez
                                            *Judge's signature*

Effective Date: _____          JOHN A. MENDEZ, U.S. DISTRICT COURT JUDGE
                *(if different from order date)*          *Printed name and title*